# UNITED STATES DISTRICT COURT
# FOR THE Eastern District of Pennsylvania

IN RE: ASBESTOS PRODUCTS : MDL 875
       LIABILITY LITIGATION :
       ALL ACTIONS :
       (See attached schedule for case list) :

## TRANSFER ORDER NO. 276

FILED ASHEVILLE, N.C.
JAN -9 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL-875 cases from the District Court for the Western District of North Carolina, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

                                                  BY THE COURT

                                                  s/JAMES T. GILES
                                                  JAMES T. GILES, J.

Date: 10-1-08

| DATE | PA E.D. # | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. |
|---|---|---|---|---|
| 10/1/2008 | 89217 | 08-00346 | Perry, Raymond S. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89218 | 08-00348 | Reid, Thomas B. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89219 | 08-00349 | Sisk, Donald L. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89220 | 08-00350 | Turner, Lee Allen, Jr. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89221 | 08-00353 | Wilson, Joe C. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89222 | 08-00354 | Allen, Gary Neal | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89223 | 08-00355 | Arnold, Garry M., Sr. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89224 | 08-00356 | Hoyle, Maven B. Administratrix CTA Estate of Paul A. Hoyle, Deceased | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89225 | 08-00359 | Iddings, Joe Miller | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89226 | 08-00360 | Johnson, Melton G. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89227 | 08-00361 | Kaylor, Glen Lee | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89228 | 08-00362 | Long, Lynda R. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89229 | 08-00366 | Gould, Harvey W. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89230 | 08-00367 | Parker, Reginald L. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89231 | 08-00368 | Barnes, Joseph Jr. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89232 | 08-00369 | Cloud, William | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89233 | 08-00370 | Drum, John B. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89234 | 08-00351 | Underwood, Troy D. | NORTH CAROLINA WESTERN - 1 |
| 10/1/2008 | 89235 | 08-00352 | Westmoreland, Henry T. | NORTH CAROLINA WESTERN - 1 |